UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brent Alan Ristrow,   Civil No. 14-988 (DWF/FLN)

    Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

The State of Wisconsin, and
The State of Minnesota,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated April 23, 2014. (Doc. No. 3.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Franklin L. Noel's April 23, 2014 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

2. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

     3.    This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 15, 2014          s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge